UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-61068-CIV-JORDAN

GEORGE LIVINGSTON           )
                            )
    Plaintiff               )           **CLOSED**
                            )
vs.                         )           **CIVIL**
                            )
                            )           **CASE**
JUDGE KENNETH GILLESPIE et al.  )
                            )
    Defendants              )
_____)

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE & CLOSING CASE**

Upon a de novo review of the record, I adopt Magistrate Judge White's report and recommendation [D.E. 6]. Although Mr. Livingston has filed a letter/case summary detailing certain events since June 4, 2010 [D.E. 7], that document does not cure the deficiencies noted in Magistrate Judge White's report and recommendation.

Accordingly, Mr. Livingston's complaint is dismissed it without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). *See also Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1974 (2007) (Rule 12(b)(6) standard for stating a claim).

This case is now closed. It will, however, be automatically reopened if Mr. Livingston files an amended complaint by August 27, 2010.

Done and ordered in chambers at Miami, Florida, this 5th day of August, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to Magistrate Judge White and George Livingston, pro se, # 501002106, North Broward Detention Center, P.O. Box 40737, Ft. Lauderdale, FL 33340.